UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:12-cv-01402-WTL-DML |
| | ) |
| EXECUTIVE DIRECTOR OF THE | ) |
| INDIANA WAR MEMORIALS | ) |
| COMMISSION in his official capacity, | ) |
| INDIANA STATE POLICE OFFICER HALL | ) |
| in his individual capacity, and | ) |
| INDIANA STATE POLICE OFFICER | ) |
| SHARP in his individual capacity, | ) |
| | ) |
| Defendants. | ) |

## Order Setting Status Conference

The court sets this case for a telephone status conference on **May 24, 2013, at 2:00 p.m.** Counsel are to contact the court at 317.229.3630 to participate in the conference. Where multiple counsel from a firm are participating in the conference, those counsel should make arrangements to call the court on a single line.

So ORDERED.

Date:  05/01/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system